UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-0814-AG(RNBx) | Date | September 18, 2008 |
|---|---|---|---|
| Title | CHURCHILL LEADERSHIP, INC., ET AL v CHRISTOPHER LONGSTAFFE, ET AL | | |

| Present: The Honorable | ANDREW J. GUILFORD, U.S. DISTRICT JUDGE | |
|---|---|---|
| Lisa Bredahl | None Present | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** [IN CHAMBERS] **ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

The Court, on its own motion, hereby ORDERS Counter Claimant, to show cause in writing no later than **September 26, 2008** why this action should not be dismissed for lack of prosecution. As an alternative to a written response by Counter Claimant, the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

\_\_\_\_ Proof of service of summons and complaint OR
   Answer by the defendant(s) or plaintiff's request for entry of default.

XX *Counter Claimants filing of a request for the clerk to enter default judgment OR the filing of a motion for entry of default judgment.*

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1
NO oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due.

_____ : 0

Initials of Preparer   lmb

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | SACV 07-0814-AG(RNBx) | Date | September 18, 2008 |
|---|---|---|---|
| Title | CHURCHILL LEADERSHIP, INC., ET AL v CHRISTOPHER LONGSTAFFE, ET AL | | |