Peter R. Afrasiabi (Bar No. 193336)
email: pafrasiabi@turnergreen.com
John Tehranian (Bar No. 211616)
email: jtehranian@turnergreen.com
TURNER GREEN AFRASIABI & ARLEDGE LLP
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

JS-6

Attorneys for Defendants Christopher Longstaffe, The Sales Solutions, Inc. and Integratis Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHURCHILL LEADERSHIP, INC., a California corporation; CHURCHILL LEADERSHIP, LTD., a United Kingdom corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CHRISTOPHER LONGSTAFFE, an individual; THE SALES SOLUTION, INC., a California corporation; INTEGRATIS, LTD., a United Kingdom corporation, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. SACV07-814 AG (RNBx)<br><br>**REVISED JUDGMENT;** |
| CHRISTOPHER LONGSTAFFE, an individual; THE SALES SOLUTION, INC., a California corporation; INTEGRATIS, LTD., a United Kingdom corporation,<br><br>    Counterclaimant,<br><br>v.<br><br>CHURCHILL LEADERSHIP, INC., a California corporation; CHURCHILL LEADERSHIP, LTD., a United Kingdom corporation; and DOES 1 through 10, inclusive,<br><br>    Counterdefendant, | |

14109.1

[PROPOSED] JUDGMENT

1

Having heard, considered and taken under submission all of the evidence and arguments of counsel presented by Counterplaintiffs Christopher Longstaffe, The Sales Solution, Inc. and Integratis, Ltd.'s Application for Default Judgment by Court Against Counterdefendants Churchill Leadership, Inc. ("CLI") and Churchill Leadership, Ltd. ("CLL"), dated September 22, 2008,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** by this Court that judgment be and hereby is entered for Counterplaintiffs Christopher Longstaffe, The Sales Solution, Inc. and Integratis, Ltd. against Counterdefendants CLI and CLL that:

1. Christopher Longstaffe is awarded and recovers from CLI and CLL the amount of $387,000.00 for nonpayment of wages owed plus $93,071.77 in prejudgment interest for a total sum of $480,071.77.
2. Pursuant California Civil Procedure Code § 685.010, post-judgment interest will be applied at the daily rate of rate of 0.027397% for non-leap years and 0.027322% for leap years from the date of entry of this judgment below, January 4, 2009.
3. Christopher Longstaffe is awarded and recovers from CLI and CLL reasonable attorneys' fees, as a prevailing party in an action for nonpayment of wages, in the amount of $11,340.00 pursuant to California Labor Code § 218.5;
4. Christopher Longstaffe, The Sales Solution, Inc. and Integratis, Ltd. are not infringing, and have never infringed, any of the alleged copyrights owned or licensed by CLL or CLI; and
5. Integratis, Ltd. is the rightful legal author of the training materials at issue in this suit and, as such, owns the copyrights thereto.

Dated: January 5th, 2009

_____
The Honorable Andrew J. Guilford
U.S. District Court Judge

14109.1